Clerk's Office
United States District Court
Eastern District of New York

# NOTICE OF RELATED CASE ASSIGNMENT

Civil action __04__ CV __1464__ was assigned to Judge __Glasser__ and Magistrate Judge __Azrack__

as related to __04CV255__ on __April 8__, 2004

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc: Chambers of Assigned Judge and Magistrate Judge
Case File