

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

ALEXANDER VASILESCU
(212) 336-0178
vasilescua@sec.gov

April 28, 2015

BY ECF FILING

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 8B South, Chambers Room 921 South
Brooklyn, New York 11201

    Re:    *SEC v. Rivard*, 15 Misc. 0221
              *SEC v. Rivard*, 04 Civ. 1464

Dear Judge Glasser:

      I write on behalf of Petitioner-Plaintiff Securities and Exchange Commission ("Commission") and counsel for Respondent-Defendant David Rivard in connection with the cases captioned above. The parties have conferred and jointly request that the Court reschedule the hearing in this matter from April 30, 2015, to June 3, 2015, at 10:00 a.m. In addition, the parties request that the Court allow reply papers to be served and filed by the Commission by Wednesday, May 6, 2015. Pursuant to Mr. Rivard's second extension request, by letter Dated April 9, 2015, the Court scheduled Mr. Rivard to serve and file his response to the Commission's February 5, 2015 papers by April 29, 2015. It was an oversight of the parties that a reply date for the Commission was not proposed to the Court.

                                                       Respectfully submitted,

                                                       Alexander Vasilescu

Encls. (by ECF)

cc:    John K. Carroll, Esq. (by ECF and email)
        Jocelyn E. Strauber, Esq. (by ECF and email