

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 Vesey Street, Brookfield Place, Room 400
New York, New York 10281-1022

John J. Graubard  
Senior Counsel

Phone: 212-336-0084  
E-mail: graubardj@sec.gov

April 30, 2015

**VIA ECF (COURTESY COPY BY HAND)**

Hon. I. Leo Glasser  
United States District Judge  
United States Courthouse  
225 Cadman Plaza East  
Brooklyn, NY 11201

    Re:    *Securities and Exchange Commission v. Rivard*, 1:04-cv-1464 (ILG) (E.D.N.Y.)  
            *Securities and Exchange Commission v. Rivard*, 1:15-mc-0221 (ILG) (E.D.N.Y.)

Dear Judge Glasser:

`	The Securities and Exchange Commission does not object to the request made by the Defendant / Respondent David Rivard in his letter motion of April 29, 2015 (Dkt. No. 11 in the civil matter and Dkt. No. 16 in the miscellaneous matter) to redact the names of his family members, including his children, whose financial information is included in Exhibits A and B to Rivard's submission in opposition to the Commission's motions.

                                      Respectfully,

                                      /s/ *John J. Graubard*  
                                      John J. Graubard  
                                      Senior Counsel

cc:    John K. Carroll, Esq. (via ECF)