## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
—
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2280
DIRECT FAX
(917) 777-2280
EMAIL ADDRESS
JOHN.CARROLL@SKADDEN.COM

October 30, 2015

**By ECF**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 8B South, Chambers Room 921 South
Brooklyn, New York, 11201

    RE: <u>Securities and Exchange Commission v. Rivard</u>, 15 Misc. 0221 (ILG)
          <u>Securities and Exchange Commission v. Rivard</u>, 04 Civ. 1464 (ILG)

Dear Judge Glasser:

      We represent the Respondent-Defendant David Rivard in the above-captioned matters. Pursuant to Court orders dated June 3, 2015 and September 1, 2015, Mr. Rivard has submitted today to the Securities and Exchange Commission (the "Commission") an accounting identifying transfers or payments of funds to or from Mr. Rivard from April 1, 2009 through June 3, 2015. Mr. Rivard also submitted to the Commission voluminous bank account statements documenting the transactions described in the accounting.

The Honorable I. Leo Glasser
October 30, 2015
Page 2

       If the Court would like a copy of the accounting and supporting documentation, we would be happy to provide it.

       Respectfully submitted,

*John K. Carroll / JES*

John K. Carroll

cc:    John J. Graubard, Esq. (by ECF and email)

       Alexander M. Vasilescu, Esq. (by ECF and email)

       Danielle J. Sallah, Esq. (by ECF and email)