

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 Vesey Street, Brookfield Place, Room 400
New York, New York 10281-1022

Alexander M. Vasilescu                                       Phone: 212-336-0178
Regional Trial Counsel                                       E-mail: vasilescua@sec.gov

June 23, 2016

**VIA ECF (COURTESY COPY BY HAND)**

Honorable I. Leo Glasser
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *SEC v. Rivard*, 1:15-mc-0221-ILG (E.D.N.Y.)
     *SEC v. Rivard*, 1:04-cv-1464-ILG (E.D.N.Y.)

Dear Judge Glasser:

  The undersigned today on behalf of the parties has submitted through ECF for Your Honor's consideration: 1) a proposed stipulated order in 1:04-cv-1464-ILG (E.D.N.Y.) to resolve the contempt for the 2004 Final Judgment regarding Defendant David Rivard failing to make payments on that judgment as set forth in the June 3 Order (DN 20 in that action); and 2) a proposed judgment on consent in 1:15-mc-0221-ILG (E.D.N.Y.), resolving the amount of disgorgement and prejudgment interest Mr. Rivard should be liable for as a result of violating the Commission's 2004 Rule 102(e) Order as set forth in the June 3 Order (DN 27 in that action).  We respectfully request that the Court enter the proposed stipulated order and judgment on consent.

              Respectfully,

              Alexander Vasilescu

cc:  John K. Carroll, Esq. and Jocelyn Strauber, Esq.