UNITED STATES OF AMERICA
Before the
SECURITIES AND EXCHANGE COMMISSION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>  Plaintiff,<br> -against-<br><br>**David Rivard,**<br>  Defendant. | 04 Civ. 1464 (ILG)<br><br>NOTICE OF APPEARANCE |

Please take notice that the following attorney has entered his appearance as counsel in this case for Plaintiff Securities and Exchange Commission. He is admitted to practice in this court.

Alexander M. Vasilescu
U.S. Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, New York 10281-1022
vasilescua@sec.gov
Ph: (212) 336-0178
Fax: (775) 383-9089

Executed:  June 27, 2016
  New York, New York

  By: _____
   Alexander M. Vasilescu

   Attorney for Plaintiff
   Securities and Exchange Commission